In the Matter of JAZMONE S., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 1.)

In the Matter of ASHLEY J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 2.)

In the Matter of ZALIKA J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 3.)

In the Matter of ETHAN J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 4.)

Submitted November 24, 2003; decided January 8, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

PAUL A. KROHN, Appellant-Respondent, et al., Plaintiff, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents-Appellants.

Submitted December 22, 2003; decided January 8, 2004

Motion by Anti-Discrimination Center of Metro New York, Inc. et al. for leave to file a brief amici curiae on consideration of certified question herein granted and the proposed brief is accepted as filed.